LAURIE A. TRAKTMAN (SBN 165588)
email: lat@gslaw.org

**GILBERT & SACKMAN**  
**A Law Corporation**  
3699 Wilshire Boulevard, Suite 1200  
Los Angeles, California 90010  
Telephone: (323) 938-3000  
Facsimile: (323) 937-3139  

Attorneys for Plaintiffs

JS-6

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF ORANGE EMPIRE,<br><br>      Plaintiffs,<br><br>          v.<br><br>L.T. AIR CORPORATION and LESLIE ERLE TINGLEY; CAROL SUE DYER individuals,<br><br>      Defendants. | Case No. 5:14−cv−01829−VAP−SP<br><br>Hon. Virginia A. Phillips<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR JUDGMENT |

STIPULATION FOR JUDGMENT

Pursuant to the Stipulation by and between Plaintiffs, Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal Industry Fund of Orange Empire ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and defendants, LESLIE ERLE TINGLEY and CAROL SUE DYER ("Individual Defendants"); and L.T. AIR CORPORATION ("Company") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. The Company and Individual Defendants are indebted to the Plans in the total amount of $70,192.17.

2. Judgment is entered in favor of the Plans and against the Company and Individual Defendants, jointly and severally, in the amount of $70,192.17 in delinquent employee benefit plan contributions pursuant to an audit, liquidated damages accrued pursuant to the audit discrepancy, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

3. This Court retains jurisdiction over this matter through January 1, 2016 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of

///

1
STIPULATION FOR JUDGMENT

judgment based upon additional sums owed to the Plans by defendants.

**IT IS SO ORDERED.**

Dated: _September 26, 2014_____     _____
U.S. DISTRICT COURT JUDGE