| | |
|---|---|
| 1 | LAURIE A. TRAKTMAN (SBN 165588) |
| 2 | email: lat@gslaw.org |
|   | **GILBERT & SACKMAN** |
| 3 | **A Law Corporation**  JS-6 |
|   | 3699 Wilshire Boulevard, Suite 1200 |
| 4 | Los Angeles, California 90010 |
| 5 | Telephone: (323) 938-3000 |
|   | Facsimile: (323) 937-3139 |
| 6 | |
| 7 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' PENSION PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' HEALTH PLAN OF SOUTHERN CALIFORNIA, ARIZONA AND NEVADA; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL JOINT APPRENTICESHIP AND TRAINING COMMITTEE; BOARD OF TRUSTEES OF THE SHEET METAL WORKERS' LOCAL 105 RETIREE HEALTH PLAN; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA SHEET METAL WORKERS' 401(A) PLAN; SHEET METAL WORKERS' INTERNATIONAL ASSOCIATION, LOCAL UNION NO. 105 UNION DUES CHECK-OFF AND DEFERRED SAVINGS FUND; BOARD OF TRUSTEES OF THE SOUTHERN CALIFORNIA LABOR MANAGEMENT COOPERATION TRUST; BOARD OF TRUSTEES OF THE SHEET METAL INDUSTRY FUND OF ORANGE EMPIRE,

    Plaintiffs,

    v.

L.T. AIR CORPORATION and LESLIE ERLE TINGLEY; CAROL SUE DYER individuals,

    Defendants.

Case No. 5:14-cv-01829-VAP-SP

Hon. Virginia A. Phillips

[~~PROPOSED~~] ORDER ON SECOND SUPPLEMENTAL STIPULATION FOR JUDGMENT

ORDER ON SECOND SUPPLEMENTAL STIPULATION FOR JUDGMENT

Pursuant to the Stipulation by and between Plaintiffs Board of Trustees of the Sheet Metal Workers' Pension Plan of Southern California, Arizona and Nevada ("Pension Plan"); Board of Trustees of the Sheet Metal Workers' Health Plan of Southern California, Arizona and Nevada ("Health Plan"); Board of Trustees of the Southern California Sheet Metal Joint Apprenticeship and Training Committee ("JATC"); Board of Trustees of the Sheet Metal Workers' Local 105 Retiree Health Plan ("Retirees Plan"); Board of Trustees of the Southern California Sheet Metal Workers' 401(a) Plan ("401(a) Plan"); Sheet Metal Workers' International Association, Local Union No. 105 Union Dues Check-Off and Deferred Savings Fund ("Dues and Savings Fund"); Board of Trustees of the Southern California Labor Management Cooperation Trust ("LMCT"); and Board of Trustees of the Sheet Metal Industry Fund of Orange Empire ("Industry Fund") (collectively the "Plans" or "Trust Funds"), and Defendant, LESLIE ERLE TINGLEY ("Individual Defendant"); and Defendant CAROL SUE DYER ("Carol Dyer") and L.T. AIR CORPORATION ("Company") the Court has considered the matter fully and concluded that good cause exists to approve the parties' Stipulation in its entirety.

Accordingly, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** as follows:

1. Defendant Carol Dyer is not personally liable for the amounts due per this Supplemental Stipulation for Judgment, however she is jointly and severally liable for amounts due per the initial Stipulation for Judgment signed by this court on December 19, 2014.

2. The Company and Individual Defendant are indebted to the Plans in the total amount of $49,382.77.

3. Judgment is entered in favor of the Plans and against the Company and Individual Defendant, jointly and severally, in the amount of $49,382.77 in delinquent employee benefit plan contributions, accrued liquidated damages, interest, attorney fees and costs, together with post-judgment interest thereon at the rate of 12% per annum as of the date of the Judgment.

4.  This Second Supplemental Stipulation for Judgment does not supersede or replace the prior Amended Stipulation for Judgment entered in this case on December 15, 2014 nor the Order on Amended Stipulation for Judgment entered on December 19, 2015.  This Second Supplemental Stipulation for Judgment also does not supersede or replace the prior Supplemental Stipulation for Judgment entered in this case on January 20, 2016 nor the Order on Supplemental Stipulation for Judgment entered on January 21, 2016.  This Second Supplemental Stipulation for Judgment only applies to the delinquencies that were accrued for the work months of December 2015 through April 2016, after the initial Amended Order on Stipulation for Judgment and Supplemental Stipulation for Judgment were entered.

5.  This Court retains jurisdiction over this matter through October 1, 2017 to enforce the terms of any judgment entered hereunder, to order appropriate injunctive and equitable relief, to make appropriate orders of contempt, and to increase the amount of judgment based upon additional sums owed to the Plans by Defendants.

**IT IS SO ORDERED.**

Dated: _June 7, 2016_____    _____
                                                                   U.S. DISTRICT COURT JUDGE